**Herbert A. BARROW, Appellant,**

v.

**William C. DARDEN and Fred D. Durrah, Appellees.**

No. 2336.

Municipal Court of Appeals for the District of Columbia.

Argued Feb. 17, 1959.

Decided May 20, 1959.

Henry H. Jones, Washington, D. C., for appellant.

James T. Wright, Washington, D. C., for appellees.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Appellant sued his two former partners for money alleged to be due him. After a lengthy trial without a jury the trial court found that appellant had received from the partnership all the money to which he was entitled except the sum of $18.10, and awarded him judgment for that amount. He has appealed, claiming that he should have been awarded a larger amount. Our examination of the record reveals no error affecting substantial rights.

Affirmed.